■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ISIDRO SOTO-CORTES, Defendant. [44 NYS3d 920]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County (Kron, J.), rendered July 7, 2015.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Chambers, J.P., Cohen, Maltese and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ALFRED THEN, Defendant. [44 NYS3d 919]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered August 4, 2011.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Leventhal, J.P., Sgroi, LaSalle and Barros, JJ., concur.